# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 08-cr-00261-MSK-01 |
| | USM Number: 35806-013 |
| APOLLO TRIMBLE<br>a/k/a David Leon Hawk | Edward Harris, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 12/21/14 |
| 2 | Failure to Participate in Substance Abuse and Mental Health Treatment as Directed by the Probation Officer | 12/20/14 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                                     March 19, 2015
                                                       Date of Imposition of Judgment

                                                    s/ Marcia S. Krieger
                                                            Signature of Judge

                                                Marcia S. Krieger, Chief U.S. District Judge
                                                            Name & Title of Judge

                                                  March 20, 2015
                                                                  Date

DEFENDANT:  APOLLO TRIMBLE
CASE NUMBER:  08-cr-00261-MSK-01                                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Follow the Instructions of the Probation Officer | 10/07/14 |
| 4 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 02/12/15 |
| 5 | Failure to Participate in Substance Abuse and Mental Health Treatment as Directed by the Probation Officer | 02/21/15 |
| 6 | Failure to Follow the Instructions of the Probation Officer | 01/28/15 |

DEFENDANT:  APOLLO TRIMBLE
CASE NUMBER: 08-cr-00261-MSK-01                                       Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months to run consecutive to any penalty that is imposed in the state court system.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal